IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cascades Branding Innovation, LLC, | |
| Plaintiff, | Case No.: 13 C 0976 |
| v. | The Hon. James B. Zagel |
| Allstate Insurance Company, | Mag. Judge Mary M. Rowland |
| Defendant. | **Jury Demanded** |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Cascades Branding Innovation and Defendant Allstate Insurance Company hereby stipulate to the dismissal of this action, including claims and counterclaims, with prejudice. Each party will bear its own fees and costs.

Dated: May 28, 2013

Respectfully submitted,

/s/ William W. Flachsbart
William W. Flachsbart
Michael R. La Porte
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
rpg@fg-law.com
mrl@fg-law.com
Tel: 312-551-9500
Fax: 312-551-9501

Attorneys for Plaintiff,
Cascades Branding Innovation, LLC

/s/Garret A. Leach
Garret A. Leach, P.C.
Matthew V. Topic
Kirkland & Ellis, LLP
300 North LaSalle 27th Floor
Chicago, IL  60654
T:  312-551-9500

Attorneys for Defendant,
Allstate Insurance Company

SO ORDERED:

Date:

THE HON. JAMES B. ZAGEL

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that service of the foregoing document has been made on May 28, 2013, via the Court's CM/ECF system. In this manner, service has been made on all attorneys of record in this case.

/s/William W. Flachsbart
William W. Flachsbart
